# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ, | CASE NUMBER: 1:20-cv-00550-GSA |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (Docs. 2 and 4) |

Plaintiff's having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted. The Clerk of Court is hereby ordered to issue summons, and the United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated:   **August 8, 2020**          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

1