UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CASE NUMBER: 1:20-cv-00550-GSA<br><br>**ORDER TO SHOW CAUSE REGARDING CONFIDENTIAL LETTER BRIEF** |

Pursuant to the scheduling order, Plaintiff's confidential letter brief (CLB) was due within 30 days of the filing of the administrative record. The administrative record was filed and electronically served on May 10 (Doc. 13), making the CLB deadline June 9. Plaintiff has not filed a certificate of service confirming that he served the CLB on Defendant.

Accordingly, within 10 days of the entry of this order, Plaintiff is **directed** to show cause why the CLB was not served. Alternatively, Plaintiff shall serve his CLB and file a proof of service within 10 days of the entry of this order.

IT IS SO ORDERED.

    Dated:  **June 10, 2021**                  **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2