UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>    Defendant. | CASE NUMBER: 1:20-cv-00550-GSA<br><br>**ORDER GRANTING MOTION TO FILE LATE BRIEF** |

On August 19, 2021 Plaintiff filed a motion to file a late opening brief (which was due on the same day) due to other case responsibilities and her daughter testing positive for Covid-19. The motion reflects that counsel hopes to complete the opening brief "hopefully by tomorrow." Defendant does not oppose the motion.

Accordingly, it is **ORDERED** that the motion (Doc. 22) is **GRANTED**, and Plaintiff's deadline to file the opening brief is extended to and including August 23, 2021. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated:   **August 20, 2021**              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28