UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:20-cv-00550-GSA<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE REGARDING OPENING BRIEF** |

　　　On August 19, 2021 Plaintiff filed a motion to file a late opening brief (which was due on the same day) due to other case responsibilities and counsel's daughter testing positive for Covid-19.  Doc. 22  Plaintiff's timeline for the anticipated completion of the brief was "hopefully by tomorrow," suggesting it would be completed by August 20, 2021.  The Court nevertheless granted Plaintiff until Monday August 23 to file the brief, which Plaintiff did not do.  Plaintiff was also previously directed to show cause for non-compliance with the confidential letter briefing deadline in June.  Doc. 17.

　　　Accordingly, Plaintiff is **ORDERED** to show cause within 7 days of the entry of this order why the opening brief has not been filed.  Alternatively, Plaintiff may file the opening brief within 7 days of the entry of this order.

IT IS SO ORDERED.

　　Dated: __**August 26, 2021**__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1