UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NUMBER: 1:20-cv-00550-GSA<br><br>**ORDER DISMISSING SHOW CAUSE AND GRANTING EXTENSION** |

　　　On August 26, 2021 the Court entered an order to show cause regarding Plaintiff's opening brief. After the order was signed, but before it was docketed, the parties filed a stipulation to extend the deadline to September 16, 2021 noting that counsel was in the ER and has been diagnosed with Covid.

　　　Accordingly, the order to show cause (Doc. 25) is **DISMISSED**, and Plaintiff's deadline to file an opening brief is extended to and including September 16, 2021. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

　　Dated:　**August 27, 2021**　　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1