# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MENDOZA MENDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>    Defendant. | CASE NUMBER: 1:20-cv-00550-GSA<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACCT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 u.s.c. 2412(D)**<br><br>(Doc. 20) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,292.50 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **December 7, 2021**              /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE